IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 5:08CV98-RLV-CH ) |
| HICKORY PARK FURNITURE GALLERIES, INC., | ) ) ) |
| Defendant. | ) ) ) |

## ORDER

**Comes now**, Plaintiff's, United States Equal Employment Opportunity Commission, and Defendant's, Hickory Park Furniture Galleries, Inc., Joint Motion Requesting Mediation Order Be Stricken (Doc. No. 9). For good cause shown, the parties' motion is **HEREBY GRANTED**.

**WHEREFORE,** the Court's Order directing mediation (Doc. No. 8), is **HEREBY STRICKEN**.

**SO ORDERED.**

Signed: March 19, 2009

_____
Carl Horn, III
United States Magistrate Judge